

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-13-00292-CR

Armando **SIMON**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR2132
Honorable Melisa Skinner, Judge Presiding

## O R D E R

   The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due May 28, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court